# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00332-CV

**Gordon G. McWatt, D.O., Appellant**

**v.**

**Eleanor Kitzman, Commissioner of Insurance;**
**Rod Bordelon, Commissioner of Workers' Compensation;**
**and Texas Department of Insurance, Division of Workers' Compensation, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
## NO. D-1-GN-11-002737, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant filed his notice of appeal on May 14, 2013, and the reporter's record in this appeal was due on August 30, 2013. On October 2, 2013, we sent notice to the court reporter, LaSonya Thomas, that the reporter's record was overdue. Thomas responded by informing the Court that she would have the record filed by November 18, 2013. However, Thomas failed to file the record by that date. On December 13, 2013, we again notified Thomas that the reporter's record was overdue and directed her to file the record no later than December 23, 2013. We cautioned Thomas that if she failed to file the record or explain in writing the reason for the delay, the matter would be referred to the Court for an order. To date, Thomas has not filed the record or otherwise responded to our December notice.

We therefore order Thomas to file the reporter's record in this cause no later than March 3, 2014. *See* Tex. R. App. P. 35.3(c), 37.3(a)(1). If the record is not filed by that date, Thomas will be required to show cause why she should not be held in contempt of court.

It is ordered February 4, 2014.

Before Justices Puryear, Goodwin and Field